**Petition for Writ of Habeas Corpus Granted and Order filed April 29, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00370-CV

## IN RE CONNIE VASQUEZ HARRISON

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## O R D E R

This Court has reviewed the petition for writ of habeas corpus of relator, Connie Vasquez Harrison.

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b)(3). We therefore order the Clerk of this Court to issue a writ of habeas corpus, returnable on May 26, 2015, pending final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon her giving a good and sufficient bond, signed by relator as principal and her attorney, Terry L. Hart, as surety, conditioned as

required by law, or by any other surety acceptable to the Sheriff of Harris County, or cash in lieu of bond, in the sum of Five Hundred Dollars, pending the hearing on the return date of this writ, and until otherwise ordered by this Court.

A response to the petition is hereby requested to be filed on or before May 12, 2015.  The cause is set for submission without oral argument on May 26, 2015.


PER CURIAM


Order filed April 29, 2015.
Panel consists of Justices Jamison, Busby, and Brown.